M. W. Gordon, appellant, v. Sam Liberman and Louis Kaufman, appellees. Gen. No. 29,261.

Bill to secure specific performance of oral agreement for a lease.

Dismissal for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Samuel Koenigsberg and Leo Wolf, for appellant; Clyde C. Fisher, of counsel. Louis L. Cohen, for appellees.

Mr. Presiding Justice Fitch delivered the opinion of the court.